IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, as successor in interest to DEUTSCHE FINANCIAL SERVICES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALL-TERRAIN SPORTS, LTD., an Ohio limited liability company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No: 2:11-cv-00441<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER TO EXONERATE BOND

For good cause shown, as demonstrated by the Motion to Exonerate Bond filed in the above-captioned matter, by Plaintiff, GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, as successor in interest to DEUTSCHE FINANCIAL SERVICES CORPORATION ("Plaintiff"), it is hereby:

**ORDERED** that the Bond in Replevin, Bond in Replevin, No. 09025094, in the amount of $517,144.72, ("Replevin Bond"), posted in this case by Plaintiff with the Clerk of Court on May 20, 2011, is hereby exonerated; and it is further

**ORDERED** that the Principal and Surety named on the Replevin Bond are hereby released from further liability under that Replevin Bond.

**ORDERED** that the Plaintiff has reserved its right to pursue a deficiency judgment against the Defendant and/or any and all guarantors of Defendant's indebtedness to Plaintiff, in the

KCP-4197685-1

1

applicable arbitral or judicial forum.

Entered this 12 day of ~~February~~ March, 2012

_____
Honorable Algenon L. Marbley
United States District Court Judge

CINLibrary 0118826.0586572 2454512vvv1